John McMasters, Administrator, Plaintiff in Error, v. Madison Coal Corporation, Defendant in Error.

(Not to be reported in full.)

Error to the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the April term, 1914. Affirmed. Opinion filed October 16, 1914.

### Statement of the Case.

Action on the case by John McMasters, administrator of the estate of Henry McMasters, deceased, against Madison Coal Corporation.

To review a judgment rendered in favor of defendant, plaintiff prosecutes a writ of error.

JOHN E. HOGAN and GEORGE T. WALLACE, for plaintiff in error.

GRAHAM & GRAHAM, for defendant in error.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 814*—*when bill of exceptions insufficient.* Where the bill of exceptions does not show that any peremptory instruction was given by the trial court to the jury and contains no instructions, the Appellate Court will not, on a writ of error, review the action of the trial court in directing a verdict.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.